**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IMPACT APPLICATIONS, INC.,

        Plaintiff                                Civil Action No.

                                                   2:17-cv-00973

        vs.                                        JURY TRIAL DEMANDED

IMPAXX SOLUTIONS, INC.,

        Defendant.

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff, ImPACT Applications**, in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                                Respectfully submitted,

                                                SPILMAN, THOMAS & BATTLE

                                                By: /s/Julian E. Neiser

                                                     Pa ID No. 87306
                                                     One Oxford Centre
                                                     Suite 3440
                                                     Pittsburgh, PA 15219
                                                     (412) 325-1116
                                                     jneiser@spilmanlaw.com
                                                     *Counsel for Plaintiff*
                                                     *ImPACT Applications, Inc*